USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAMUEL MANNERS,

           Petitioner,          O R D E R

    - against -          08 Civ. 3822 (NRB)
                                    06 CR 1162 (NRB)
UNITED STATES OF AMERICA,

           Respondent.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Petitioner's motion requesting appointment of counsel in his petition under 28 U.S.C § 2255 is denied at this time. Having examined the petition, I cannot conclude that petitioner has demonstrated a likelihood of success on the merits that would support the appointment of counsel or that a hearing will likely be necessary to resolve the issues presented. Thus, the application is denied without prejudice to reconsideration at a later time should future developments warrant a different result. See generally, Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989).

        **SO ORDERED.**

Dated:    New York, New York
            May 6, 2008

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

    Copies of the foregoing Order have been mailed on this date
to the following:


<u>Petitioner</u>

Samuel Manners
#59547-054
FCI Fort Dix
PO Box 2000
Fort Dix, NJ 08640